IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CV-199-FL

| | |
|---|---|
| NANNETTE F. BUCKNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) ORDER |
| v. | ) |
| | ) |
| JACOB J. LEW, | ) |
| Secretary, Department of the | ) |
| Treasury, | ) |
| | ) |
| Defendant. | ) |

For good cause being shown upon the Joint Motion for Court-Hosted Settlement Conference With A Magistrate Judge (DE 46), the Court hereby GRANTS the motion and designates United States Magistrate Judge Swank for a court-hosted settlement conference. Judge Swank will notify the parties how she wishes to proceed concerning the settlement conference, and the date on which it will be held.

SO ORDERED, this 31st day of July, 2014.

_____
LOUISE W. FLANAGAN
United States District Judge