IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:13-CV-199-FL

| | |
|---|---|
| NANETTE F. BUCKNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| JACOB J. LEW, Secretary, Department of ) | |
| the Treasury ) | |
| ) | |
| Defendant. ) | |

This matter is before the court upon plaintiff's motion to compel and for sanctions (DE 49), plaintiff's renewed motion to compel (DE 55), defendant's motion for protective order (DE 60) (hereinafter, collectively, the "discovery motions"), and defendant's motion to vacate orders setting court hosted settlement conference (DE 63).

United States Magistrate Judge Kimberly A. Swank held a rule 16 conference and discovery conference pertaining to issues raised in the discovery motions (DE 49, DE 55, and DE 60). Pursuant to the order following said conference, the parties reached agreement regarding the issues raised in the discovery motions, and the magistrate judge recommends dismissal of the discovery motions as moot. In addition, as directed in the magistrate judge's order, the government has filed with the court a notice informing the court of the time that it anticipates will be needed to produce the information agreed upon by the parties, specifying that the discovery remaining shall be produced by September 30, 2014. To ensure just and efficient resolution of the discovery motions

before the court, the clerk is DIRECTED to refer the discovery motions for final disposition to United States Magistrate Judge Kimberly A. Swank, in light of the notice provided by the government. In addition, for good cause shown, defendant's motion to vacate orders setting court hosted settlement conference (DE 63) is GRANTED.

SO ORDERED this the 22nd day of September, 2014.

_____
LOUISE W. FLANAGAN
United States District Judge