IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CV-199-FL

| | | |
|---|---|---|
| NANNETTE F. BUCKNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JACOB LEW, Secretary, | ) | |
| Department of the Treasury, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Plaintiff's motion to compel and for sanctions [DE #49], Plaintiff's renewed motion to compel [DE #55], and Defendant's motion for a protective order [DE #60]. A Rule 16 Pretrial Conference was held on September 9, 2014, and the parties reached an agreement regarding Plaintiff's discovery requests, with Defendant agreeing to provide additional discovery in this matter. On September 9, 2014, an order was entered memorializing the parties' agreement and requiring the government to file, as soon as practicable, a notice informing the court of the time anticipated for production of the information agreed upon by the parties. The undersigned further recommended that the motions presently before the court be dismissed as moot. On September 19, 2014, the government filed its notice informing the court that it has since produced certain discovery agreed upon by the parties and anticipates completing its document review by September 30, 2014.

The government having filed its notice pursuant to the September 9, 2014, order and the discovery motions having since been referred to the undersigned for disposition by United States District Judge Louise W. Flanagan, the court hereby ORDERS that the government shall have until October 15, 2014, to produce, pursuant to the parties' agreement at the Rule 16 conference,

the remaining documents and a privilege log listing any responsive documents not produced. In light of the agreement reached by the parties at the Rule 16 conference, Plaintiff's motion to compel and for sanctions [DE #49], Plaintiff's renewed motion to compel [DE #55], and Defendant's motion for a protective order [DE #60] are hereby DISMISSED as moot.

This 24th day of September 2014.

_____
KIMBERLY A. SWANK
United States Magistrate Judge